PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | John Paul MAGUIRE, Jr. |
| **Docket Number:** | 2:07CR00325-01 |
| **Offender Address:** | Tracy, California |
| **Judicial Officer:** | Honorable Kimberly J. Mueller<br>United States Magistrate Judge<br>Sacramento, California |
| **Original Sentence Date:** | 03/06/2008 |
| **Original Offense:** | 21 USC 844(a) - Possession of a Controlled Substance<br>(CLASS A MISDEMEANOR) |
| **Original Sentence:** | 12 months probation pursuant to 18 USC 3607. |
| **Special Conditions:** | Search; Drug/alcohol treatment and testing; Aftercare co-payment. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 03/06/2008 |
| **Assistant U.S. Attorney:** | Joseph Cook<br>Certified Law Student | **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Meagan E. Melanson<br>Certified Law Student | **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

RE:   **John Paul MAGUIRE, JR.**
      Docket Number:   2:07CR00325-01
      **REPORT OF OFFENDER NON-COMPLIANCE**

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.   ILLICIT DRUG USE ON MARCH 7, 2008**

**Details of alleged non-compliance:** On March 10, 2008, Mr. Maguire admitted to the probation officer that he had "partied over the weekend" having nasally ingested "a line" of methamphetamine on March 7, 2008. A subsequent urinalysis test collected from Mr. Maguire on March 10, 2008, tested positive for the use of methamphetamine.

**United States Probation Officer Plan/Justification:** In addition to the above, on the date of the deferred entry of judgment, Mr. Maguire also provided a urine sample at the United States Probation Office which ultimately testing positive for marijuana use. Since Mr. Maguire's unlawful use of a controlled substance occurred prior to the imposition of the 12-month period of prejudgment probation, this conduct cannot be considered violation conduct and is only being noted in an effort to outline Mr. Maguire's then continued use of marijuana.

Thereafter, on March 24, 2008, Mr. Maguire was directed to participate in the 'New Directions' outpatient drug and alcohol treatment program; specifically, Phase I testing (random urinalysis testing four times a month) and bimonthly drug and alcohol counseling. As a result of his consistent and overall positive adjustment in treatment, Mr. Maguire's required participation in random urinalysis testing was reduced to Phase II (random urinalysis testing two times a month) on November 1, 2008.

Mr. Maguire has continued to routinely attend all required testing and treatment sessions since his initial placement into the 'New Directions' program. He has also continued to maintain part-time employment as a 'chemical technician' cleaning pools since the inception of his period of supervision. Overall, Mr. Maguire's adjustment on probation has been positive. Mr. Maguire's required participation in drug and alcohol treatment will continue until the completion of his 12-month term of probation, presently scheduled for March 5, 2009, or until further order of the Court.

2

Rev. 05/2008
VIOLATION__RPT NON-COMPLIANCE
& ORDER (PROB12A1).MRG

RE:   John Paul MAGUIRE, JR.
      Docket Number:   2:07CR00325-01
      **REPORT OF OFFENDER NON-COMPLIANCE**

It is respectfully requested the Court take judicial notice of the above-noted violation conduct with no further action being taken by the Court.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.**
**United States Probation Officer**
Telephone:  (209) 574-9429

DATED:   February 10, 2009
         Modesto, California
         PRH/lr

REVIEWED BY:   /s/ Deborah A. Spencer
               **Deborah A. Spencer**
               **Supervising United States Probation Officer**

**THE COURT ORDERS:**

(X)   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( )   Submit a Request for Warrant or Summons.

( )   Other:

**DATED: February 10, 2009.**

_[signature]_
U.S. MAGISTRATE JUDGE

cc:   United States Probation
      Joseph Cook, Assistant United States Attorney - Certified Law Student
      Meagan E. Melanson, Assistant Federal Defender - Certified Law Student